NUMBER
13-05-506-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

___________________________________________________________________

 

GRANT SINCLAIR,                                                   Appellant,

 

                                           v.

 

KATHERINE COMPTON,                                             Appellee.

___________________________________________________________________

 

                  On
appeal from the 24th 
District Court

                           of
Victoria County, Texas.

___________________________________________________________________

 

                     MEMORANDUM
OPINION

 

                Before
Justices Hinojosa, Yañez, and Castillo

Memorandum
Opinion Per Curiam

 








Appellant, GRANT SINCLAIR, perfected an appeal from a
judgment entered by the 24th District Court of Victoria
County, Texas, in cause number 02-9-58,639-A.  After the record and briefs were filed and
after the cause was set for submission and oral argument, the parties filed a
joint motion to dismiss the appeal for want of jurisdiction. 

The Court, having considered the documents on file and the joint
motion to dismiss the appeal for want of jurisdiction, is of the opinion that
the motion should be granted.  The
joint  motion to dismiss is granted, and
the appeal is hereby DISMISSED FOR WANT OF JURISDICTION.

PER CURIAM

Memorandum Opinion
delivered and filed this

the 16th
day of February, 2006.